UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:  
Kenneth Charles Hunt  
Jeannie Rena Hunt

**DEBTORS**

CASE NUMBER:  
00-06094-8-ATS

CHAPTER 13

**ORDER DENYING MOTION**

This matter comes on to be heard upon the Application for Release of Unclaimed Funds filed by Dilks & Knopik, LLC on behalf of NCO Financial Systems on October 7, 2005, and

It appearing to the court no unclaimed funds for NCO Financial Systems has been submitted to the court for this case.

It further appearing to the court this application should be denied; now therefore,

IT IS ORDERED that the Application for Release of Unclaimed Funds filed by Dilks & Knopik, LLC on behalf of NCO Financial Systems be, and the same hereby is, DENIED.

DATED: October 13, 2005

A. Thomas Small  
United States Bankruptcy Judge